# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00205-CV

### Carlos A. Gonzalez, Appellant

### v.

### Brooke Randel, Appellee

---

### FROM THE COUNTY COURT OF LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-13-010603, HONORABLE TODD T. WONG, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on April 3, 2015, of an order granting a court reporter's objections, motion to quash, and motion for protective order concerning a subpoena that was served on the court reporter by appellant. The subpoena purports to require the court reporter to release audiotapes of a pre-trial hearing in an unrelated case.

On April 13, 2015, the Clerk of this Court requested a response from appellant by April 23, 2015. The Clerk advised appellant that he must inform this Court of the basis on which jurisdiction exists or that this Court would dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed a response, but he failed to show how this Court has appellate jurisdiction over this appeal. *See* Tex. Civ. Prac. & Rem. Code §§ 51.012 (addressing appeals from final judgments), .014 (addressing appeals of interlocutory orders); *Lehmann v. Har-Con Corp*.,

39 S.W.3d 191, 200 (Tex. 2001) (noting that generally appeal may be taken only from final judgments). Thus, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   April 29, 2015